**22 CV 315 JDP**

AO 241 (Rev. 10/07)

Page 2

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

FILED/REC'D
2022 JUN -6 A 11:57
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

| United States District Court | District: Western | Docket or Case No.: |
|---|---|---|

Name (under which you were convicted): Terence Lee Jannke

Place of Confinement: Redgranite Corretional Institution

Prisoner No.: 177043

Petitioner (include the name under which you were convicted): Terence. L Jannke

v.

Respondent (authorized person having custody of petitioner): Daniel Cromwell

The Attorney General of the State of Josh Kahl

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Dodge County Wisconsin

   (b) Criminal docket or case number (if you know): 2016CF000216

2. (a) Date of the judgment of conviction (if you know): 1/8/2018

   (b) Date of sentencing: 1/8/2018

3. Length of sentence: 30 years

4. In this case, were you convicted on more than one count or of more than one crime?  ☒ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:

   Count 1: First Degree Reckless Homicide contrary to Wis. Stat. §§ 961.41, 940.02(2)(a), and 939.50(3)c);
   Count 2: Maintaining a Drug Trafficking Place As A Party To A Crime, Second and Subsequent Offense, contrary to Wis. Stat. § 961.42 (1, 939.50)(3)(i), and 961.48(1);
   Count 3: Possession with Intent to Deliver Heroin (<=3G), Second and Subsequent Offense contrary to Wis. Stat. §§ 361.41(1m)(d), 939.50(3)(f), 961.48(1)(b).

6. (a) What was your plea? (Check one)

   ☒ (1) Not guilty    ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty        ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?
N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury  ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes  ☑ No

8. Did you appeal from the judgment of conviction?

☑ Yes  ☐ No

9. If you did appeal, answer the following:

(a) Name of court: Wisconsin court of appeals district 4

(b) Docket or case number (if you know): 2018AP2277-CRMN

(c) Result: No merit opinion/Conviction affirmed

(d) Date of result (if you know): 3/12/2021

(e) Citation to the case (if you know): N/A

(f) Grounds raised:

#1 That there was insufficent evidence for a reasonable jury to convict the defendant for the crimes charged.

#2 That the court errononeously exercised its discretion when it imposed a sentence of 20 years of initial confintment followed by 10 years of exended supervision.

# 3 Other issued raised in repsponse to no merit were in effective assistance of counsel.

(g) Did you seek further review by a higher state court?  ☑ Yes  ☐ No

If yes, answer the following:

(1) Name of court: Wisconsin Supreme Court

(2) Docket or case number (if you know): 2018AP2277-CRMN

(3) Result:
Was given the wrong date from Red Granite Correctional institution law clerk and the Petition to the Wisconsin Supreme Court was deemed untimely.

(4) Date of result (if you know): 4/12/2021

AO 241   Page 4
(Rev. 10/07)

    (5) Citation to the case (if you know):    N/A

    (6) Grounds raised:

        #1 That there was insufficient evidence for a reasonable jury to convict the defendant for the crimes charged.
        #2 That the court errononeously exercised its discretion when it imposed a sentence of 20 years of initial confinment followed by 10 years of exended supervision.
        #3 Other issues raised in no merit, Ineffective assistance of counsel

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☒ No

    If yes, answer the following:

    (1) Docket or case number (if you know):    N/A

    (2) Result:
        N/A

    (3) Date of result (if you know):

    (4) Citation to the case (if you know):    N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☐ Yes    ☒ No

11. If your answer to Question 10 was "Yes," give the following information:

    (a)    (1) Name of court:    N/A

        (2) Docket or case number (if you know):    N/A

        (3) Date of filing (if you know):

        (4) Nature of the proceeding:    N/A

        (5) Grounds raised:
            N/A

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes    ☒ No

        (7) Result:    N/A

        (8) Date of result (if you know):

◎AO 241                                                                                                                                        Page 5
(Rev. 10/07)

    (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court:    N/A

        (2) Docket or case number (if you know):    N/A

        (3) Date of filing (if you know):

        (4) Nature of the proceeding:    N/A

        (5) Grounds raised:
            N/A

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐   Yes    ☒ No

        (7) Result:    N/A

        (8) Date of result (if you know):

    (c) If you filed any third petition, application, or motion, give the same information:

        (1) Name of court:    N/A

        (2) Docket or case number (if you know):    N/A

        (3) Date of filing (if you know):

        (4) Nature of the proceeding:    N/A

        (5) Grounds raised:
            N/A

AO 241 (Rev. 10/07)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☑ No

(7) Result:    N/A

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☑ Yes   ☐ No

(2) Second petition:  ☐ Yes   ☑ No

(3) Third petition:   ☐ Yes   ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

N/A

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**
I contend that there wasn't evidence sufficent to find guilt beyond a reasonable doubt to convict the defendant of Wisconsin Statute 940.02(2)(a) First Degree Reckless homicide.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The state courts decisions are contrary to clearly established Supreme Court law and an unreasonable application of clearly established federal law, based on an unreasonable determination of facts in the record pursuant to Burrage v. United States, 571 U.S. ,134 S. Ct. 881, 187 L. Ed. 2d 715(2014),
The State charged me with delivering (heroin) a controlled substance which resulted in a death in violation of Wis. 940.02(2)(a). The states must prove every element beyond a reasonable doubt. Element #4 is the victim used said drug and died "as a result". The states only evidence towards causation was the testimony of the medical examiner who testified at trial that the victim could have lived with the level of heroin in the victims system at the time of death. The other medical expert was a forensic toxicologist who also testifed that he has seen subjects alive with the same level of drug as reported in the victims system. Furthmore,testifying that this was a poly-substance overdose between three drugs and it is medically impossible to discern if the heroin was a substantial factor.

(b) If you did not exhaust your state remedies on Ground One, explain why:

There was a no-merit procedure and was affirmed.
Was given the wrong date from Red Granite correctoinal institution Law clerk and the Petition to the Wisconsin Supreme Court was deemed untimely.

AO 241                                                                     Page 7
(Rev. 10/07)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:
Raised issue in a No-merit appeal.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed:
N/A

Docket or case number (if you know): N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
N/A

Docket or case number (if you know): N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:
N/A

**GROUND TWO:**
Ineffective assitance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Should have introduced exculpitory evidence, eye witnesses and objected to the State definition of the word "Substantial" as used in the term Substantial factor.

(b) If you did not exhaust your state remedies on Ground Two, explain why:
Was given the wrong date from Law clerk and the Petition to the Wisconsin Supreme Court was deemed untimely.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☒ Yes   ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:
Raised issue in a No-merit appeal.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   N/A

Name and location of the court where the motion or petition was filed:
N/A

Docket or case number (if you know):   N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
N/A

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
N/A

Docket or case number (if you know):   N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
N/A

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :

have used to exhaust your state remedies on Ground Two
N/A

**GROUND THREE:**
N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
N/A

AO 241 (Rev. 10/07)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why?
N/A

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:
N/A

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☒ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    N/A

Name and location of the court where the motion or petition was filed:
N/A

Docket or case number (if you know):    N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
N/A

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No
(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☒ No
(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
N/A

Docket or case number (if you know):    N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
N/A

AO 241                                                            Page 11
(Rev. 10/07)

       (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
       N/A

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three:
N/A

**GROUND FOUR:**
N/A

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
N/A

(b) If you did not exhaust your state remedies on Ground Four, explain why:
N/A

(c)      **Direct Appeal of Ground Four:**

       (1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes    ☒ No

       (2) If you did not raise this issue in your direct appeal, explain why:
       N/A

(d)      **Post-Conviction Proceedings:**

       (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

            ☐ Yes    ☒ No

       (2) If your answer to Question (d)(1) is "Yes," state:

       Type of motion or petition:      N/A

Name and location of the court where the motion or petition was filed:
N/A

Docket or case number (if you know):　N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
N/A

(3) Did you receive a hearing on your motion or petition?　　　　　　　☐ Yes　☒ No

(4) Did you appeal from the denial of your motion or petition?　　　　　☐ Yes　☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?　☐ Yes　☒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
N/A

Docket or case number (if you know):　N/A

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
N/A

(e)　**Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:
N/A

AO 241 (Rev. 10/07)

Page 13

13. Please answer these additional questions about the petition you are filing:

    (a)  Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☐ Yes ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:
N/A

    (b)  Is there any ground in this petition that has not been presented in some state or federal court? If so, ground or grounds have not been presented, and state your reasons for not presenting them:
N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.
N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the raised.
N/A

AO 241 (Rev. 10/07)                                                                                          Page 14

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

   (a) At preliminary hearing:
       Attorney Bill Mayer

   (b) At arraignment and plea:
       Attorney Bill Mayer

   (c) At trial:
       Attorney Bill Mayer

   (d) At sentencing:
       Attorney Bill Mayer

   (e) On appeal:
       Micheal Covey

   (f) In any post-conviction proceeding:
       N/A

   (g) On appeal from any ruling against you in a post-conviction proceeding:
       N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes   ☒ No

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:
       N/A

   (b) Give the date the other sentence was imposed:

   (c) Give the length of the other sentence:    N/A

   (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes   ☒ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*
    N/A

AO 241
(Rev. 10/07)

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

Case: 3:22-cv-00315-jdp   Document #: 1   Filed: 06/06/22   Page 15 of 15

⚫AO 241
(Rev. 10/07)

Page 16

 (2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

To grant this petion of habeas,

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on   6-1-22   (month, date, year).

Executed (signed) on   6-1-22   (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.